**Order entered March 18, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00265-CV**

**CITY OF FORT WORTH, Appellant**

**V.**

**WILLIAM BIRCHETT, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-06941**

**ORDER**

Before the Court is appellant's unopposed March 17, 2020 motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before April 27, 2020.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE